JUDGMENT ENTRY.
This appeal, considered on the accelerated calendar under App.R. 11.1(E) and Loc.R. 12, is not controlling authority except as provided in S.Ct.R.Rep.Op. 2(G)(1).
We overrule the appellant's sole assignment of error upon our determination that the trial court did not abuse the discretion conferred by Civ.R. 26(C) when it granted the appellee's motion for a protective order. See State ex rel. Grossv. Marshall (1974), 39 Ohio St.2d 92, 94, 314 N.E.2d 170, 172. Accordingly, we affirm the judgment of the trial court.
Further, a certified copy of this Judg-ment Entry shall constitute the mandate, which shall be sent to the trial court under App.R. 27. Costs shall be taxed under App.R. 24.
Doan, P.J., Winkler and Shannon, JJ.
Raymond E. Shannon, retired, from the First Appellate District, sitting by assignment.
To the Clerk:
Enter upon the Journal of the Court on October 20, 1999. per order of the Court _______________________________.
 ______________________ Presiding Judge